897 So.2d 610 (2005)
William B. SKILLMAN and Ernest E. Skillman, Jr.
v.
Melba L. HARVEY, Jr., James Ford Harvey and Rosemary Harvey Jackson.
No. 2005-C-0272.
Supreme Court of Louisiana.
April 1, 2005.
In re Harvey, Melba L. Jr.; Harvey, James Ford; Jackson, Rosemary Harvey;  Defendant(s); Applying for Writ of Certiorari and/or Review, Parish of East Feliciana, 20th Judicial District Court Div. B, No. 33,716; to the Court of Appeal, First Circuit, No. 2003 CA 2724.
Denied.